**Order entered January 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00982-CV

### WILLIAM D. SHEETZ, Appellant

### V.

### YOLANDA SLAUGHTER, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 08-10401-A**

## ORDER

On December 2, 2014, we abated the appeal to allow the trial court to make findings of fact and conclusions of law. On January 14, 2015, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed. Accordingly, we **REINSTATE** this appeal.

Appellant's brief is due **FEBRUARY 5, 2015**.

/s/ ELIZABETH LANG-MIERS
JUSTICE